UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES COLLITON,<br><br>                            Plaintiff,<br><br>          -against-<br><br>CHRISTIE D'ALESSO, ET AL<br><br>                            Defendants. | 22-CV-7200(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 6, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 6, 2022
             New York, New York

                                                                      /s/ Laura Taylor Swain
                                                                     LAURA TAYLOR SWAIN
                                                                 Chief United States District Judge